**1671** SMITH vs. LAKE SHORE & MICHIGAN SOUTHERN RAILWAY CO., No. 15585; 4 D. L. N., 662; 72 N. W., 528. (Certiorari to Lenawee.)

To compel respondent to issue a 1,000 mile ticket in the name of relator and wife, under Sub. 9 of Sec. 9, of Art. 2, of the General Railroad Laws, as amended by Act No. 90, P. A. 1891.

The circuit judge granted the writ.

Affirmed October 1, 1897.

**1672** MASON vs. DETROIT, GRAND HAVEN & MILWAUKEE R. R. CO., No. 14596, 104 M., 631. (Certiorari to Shiawassee.)

To compel respondent to construct a culvert across its right-of-way to accommodate a drain claimed to have been established by relator as county drain commissioner.

The circuit judge granted the writ.

Reversed April 16, 1895, with costs.

Held, that the action of the county drain commissioner in establishing a drain wholly within the corporate limits of a city, the charter of which gives to the city complete jurisdiction over its drainage, is void.

**1673** CITY OF DETROIT vs. FORT WAYNE & BELLE ISLE RAILWAY CO., No. 13459, 95 M., 456.

To compel respondent to comply with the provisions of a city ordinance respecting the sale of tickets by a street railway company.

Granted April 28, 1893, with costs.